```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JESSE SPRAGUE,                          :
                                        :
                      Plaintiff,        :    20cv10690 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
NATIONAL RAILROAD PASSENGER CORP.,      :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case was reassigned to this Court on September 9, 2021. Accordingly, it is hereby

ORDERED that a pretrial conference shall be held on **October 14, 2021** at **3:30 pm**. Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           September 15, 2021

                                                DENISE COTE
                                  United States District Judge